UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31  P 2: 56

US DISTRICT COURT
BRIDGEPORT CT

------------------------------------------------------------x

TRAVELERS CASUALTY & SURETY CO.
(f/k/a The Aetna Casualty and Surety Co.),

                                              Plaintiff,

                            -against-

GERLING GLOBAL REINSURANCE CORP. OF
AMERICA (f/k/a Constitution Reinsurance Corp.)

                                              Defendant.

Case No.: 301 CV 872 (JBA)

------------------------------------------------------------x

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiff Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered for Defendant Gerling Global Reinsurance Corporation of America on October 2, 2003, a copy of which is attached hereto.

Date: October 31, 2003

                                  THE PLAINTIFF
                                  TRAVELERS CASUALTY & SURETY CO. f/k/a THE
                                  AETNA CASUALTY AND SURETY CO.

By:      */s/ Thomas F. Maxwell, Jr.*
             Thomas F. Maxwell, Jr., Esq. (CT 0132)
             Pullman & Comley, LLC
             850 Main Street
             P.O. Box 7006
             Bridgeport, CT 06601-7006
             Phone: (203) 330-2000
             Fax:   (203) 576-8888

Mary Kay Vyskocil (CT 02814)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2000
Fax:    (212) 455-2502

*Attorneys for Plaintiff*
*Travelers Casualty and Surety Company*

2



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT -2 P 3: 43

TRAVELERS CASUALTY AND SURETY CO.,
(f/k/a The Aetna Casualty and Surety Co.)    S. DISTRICT C...
NEW HAVEN, CONN.

v.                                                                    Civil No. 3:01 CV 872 (JBA)   pv

GERLING GLOBAL REINSURANCE CORP.
OF AMERICA (f/k/a Constitution Reinsurance Corp.)

### JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 30, 2003, entered a ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of October, 2003.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 10/2/03

## CERTIFICATION

    Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on October 31, 2003 to all counsel and pro se parties of record.

David A. Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460

Robert J. Bates Jr., Esq.
Mark G. Sheridan, Esq.
Bates & Carey
333 West Wacker Drive, Suite 900
Chicago, IL 60606

                                      _____
                                      Thomas F. Maxwell, Jr., Esq.

BPRT/67606.3/TXM/496505v1