UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 21    4 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------x

TRAVELERS CASUALTY & SURETY CO.
(f/k/a The Aetna Casualty and Surety Co.),

                    Plaintiff,

-against-

GERLING GLOBAL REINSURANCE CORP. OF
AMERICA (f/k/a Constitution Reinsurance Corp.)

                    Defendant.

-----------------------------------------------------------x

Case No. 3:01 CV 872 (JBA)

U.S.C.A. No. _____

## INDEX TO THE RECORD ON APPEAL

|  | No. of pages |
|---|---|
| Cert. copy of docket sheet | 14 |

|  | Document No. |
|---|---|
| COMPLAINT by Travelers Casualty, doc. #1 | 1 |
| ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Gerling Global, doc. #8 | 2 |
| MOTION by Gerling Global for Summary Judgment, doc. #68 | 3 |
| MEMORANDUM by Gerling Global in Support of Motion for Summary Judgment, doc. #69 | 4 |
| APPENDIX by Gerling Global to Motion for Summary Judgment by Gerling Global, doc. #77 | 5 |
| STATEMENT of Material Facts by Gerling Global regarding Motion for Summary Judgment, doc. #73 | 6 |
| MEMORANDUM by Travelers Casualty in Opposition to Motion for Summary Judgment by Gerling Global, doc #70 | 7 |

| | |
|---|---|
| AFFIDAVIT of Kevin D. Lewis by Travelers Casualty re Opposition Memorandum to Motion for Summary Judgment, doc. #76 | 8 |
| EXHIBITS by Travelers Casualty to Affidavit of Kevin D. Lewis in opposition to Summary Judgment, doc. #78 | 9 |
| STATEMENT of Material Facts by Travelers Casualty regarding Motion for Summary Judgment, doc. #74 | 10 |
| REPLY by Gerling Global to Response to Motion for Summary Judgment by Gerling Global, doc. #72 | 11 |
| AFFIDAVIT of Robert J. Bates by Gerling Global re Reply to Response to Motion for Summary Judgment, doc. #75 | 12 |
| Scheduling ORDER telephonic status Conference set 9/2/03, doc. #87 | 13 |
| RULING Granting Motion for Summary Judgment, doc. #89 | 14 |
| JUDGMENT for Gerling Global against Travelers Casualty, doc. #90 | 15 |
| NOTICE OF APPEAL as to Final Judgment re: Motion for Summary Judgment, doc. #91 | 16 |

Clerk's Certificate