# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY CO. (f/k/a The Aetna Casualty and Surety Co.), | x : : : | FILED<br>2003 NOV 20 P 4:41<br>DISTRICT COURT<br>NEW HAVEN, CONN. |
| Plaintiff/Appellant, | : : | Docket Number<br>301 CV 872 (JBA) |
| v. | : : | |
| GERLING GLOBAL REINSURANCE CORP. OF AMERICA (f/k/a Constitution Reinsurance Corp.), | : : : : | |
| Defendant/Appellee. | : x | November 20, 2003 |

## DEFENDANT/APPELLEE'S RULE 10(b)(3)(B) DESIGNATION

Defendant/Appellee, Gerling Global Reinsurance Corporation, pursuant to Rule 10(b)(3)(B) of the Federal Rules of Appellate Procedure, hereby designates the transcript of the telephonic proceedings that took place on May 1, 2003, as additional parts of the record on appeal.

Respectfully submitted,

DEFENDANT/APPELLEE,

By: _____
David A. Slossberg, CT13116
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460
203/877-8000

Robert J. Bates, Jr., CT 24110
Mark G. Sheridan, CT 24111
Bates & Carey
333 W. Wacker Drive, Suite 900
Chicago, IL 60606
312/762-3100

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on November 20, 2003, to:

Thomas F. Maxwell, Jr., Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Mary Kay Vyskocil, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

_____
David A. Slossberg

2