# DISTRICT OF CONNECTICUT - NEW HAVEN
# NOTICE OF APPEAL COVER MEMO

**DATE:** November 13, 2003      **TO:** Intake Clerk

**FROM:** S/A. Brown (203) 773 2140

**FILED**
2003 NOV 21 PM 2:27
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Travelers Casualty & Surety Co

**DOCKET NO.:** 3:01cv872 JBA

**NOTICE OF APPEAL:** filed: October 31, 2003

**APPEAL FROM:** final judgment: 10/2/03 Final Judgment & it's underlying ruling of 9/30/03
interlocutory: __
other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ____    Out of Time ✓

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Marder_    DATE: 11/18/03
DEPUTY CLERK, USCA