Case 3:01-cv-00872-JBA-ED Document 95  Filed 12/11/2003  Page 1 of 2



I HEREBY ACK... A COPY OF
OF THE CERTIFIED ENTRIES, INDEX AND
9 VOLUMES OF ORIGINAL RECORD.
DATE: 12/2/03
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

FILED
NOV 21  4:05 PM '03
U.S. DISTRICT COURT
NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------x
TRAVELERS CASUALTY & SURETY CO.  :
(f/k/a The Aetna Casualty and Surety Co.),  :
:
Plaintiff, :
:  Case No. 3:01 CV 872 (JBA)
-against- :
:  U.S.C.A. No. _____
GERLING GLOBAL REINSURANCE CORP. OF  :
AMERICA (f/k/a Constitution Reinsurance Corp.)  :
:
Defendant. :
:
-----------------------------------x

## INDEX TO THE RECORD ON APPEAL

|  | No. of pages |
|---|---|
| Cert. copy of docket sheet | 14 |

|  | Document No. |
|---|---|
| COMPLAINT by Travelers Casualty, doc. #1 | 1 |
| ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Gerling Global, doc. #8 | 2 |
| MOTION by Gerling Global for Summary Judgment, doc. #68 | 3 |
| MEMORANDUM by Gerling Global in Support of Motion for Summary Judgment, doc. #69 | 4 |
| APPENDIX by Gerling Global to Motion for Summary Judgment by Gerling Global, doc. #77 | 5 |
| STATEMENT of Material Facts by Gerling Global regarding Motion for Summary Judgment, doc. #73 | 6 |
| MEMORANDUM by Travelers Casualty in Opposition to Motion for Summary Judgment by Gerling Global, doc #70 | 7 |

AFFIDAVIT of Kevin D. Lewis by Travelers Casualty re                          8
Opposition Memorandum to Motion for Summary Judgment,
doc. #76

EXHIBITS by Travelers Casualty to Affidavit of Kevin D.                      9
Lewis in opposition to Summary Judgment, doc. #78

STATEMENT of Material Facts by Travelers Casualty                           10
regarding Motion for Summary Judgment, doc. #74

REPLY by Gerling Global to Response to Motion for Summary                   11
Judgment by Gerling Global, doc. #72

AFFIDAVIT of Robert J. Bates by Gerling Global re Reply to                  12
Response to Motion for Summary Judgment, doc. #75

Scheduling ORDER telephonic status Conference set 9/2/03,                   13
doc. #87

RULING Granting Motion for Summary Judgment, doc. #89                       14

JUDGMENT for Gerling Global against Travelers Casualty,                     15
doc. #90

NOTICE OF APPEAL as to Final Judgment re: Motion for                        16
Summary Judgment, doc. #91


Clerk's Certificate