UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
TRAVELERS CASUALTY & SURETY CO.
(f/k/a The Aetna Casualty and Surety Co.),

                              Plaintiff,

         -against-

GERLING GLOBAL REINSURANCE CORP. OF
AMERICA (f/k/a Constitution Reinsurance Corp.)

                             Defendant.
------------------------------------------------------------x

Case No. 3:01 CV 872 (JBA)

U.S.C.A. No. 03-9220

## SUPPLEMENTED INDEX TO THE RECORD ON APPEAL

| | No. of pages |
|---|---|
| Cert. copy of docket sheet | 14 |

| | Document No. |
|---|---|
| COMPLAINT by Travelers Casualty, doc. #1 | 1 |
| ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Gerling Global, doc. #8 | 2 |
| MOTION by Gerling Global for Summary Judgment, doc. #68 | 3 |
| MEMORANDUM by Gerling Global in Support of Motion for Summary Judgment, doc. #69 | 4 |
| APPENDIX by Gerling Global to Motion for Summary Judgment by Gerling Global, doc. #77 | 5 |
| STATEMENT of Material Facts by Gerling Global regarding Motion for Summary Judgment, doc. #73 | 6 |
| MEMORANDUM by Travelers Casualty in Opposition to Motion for Summary Judgment by Gerling Global, doc #70 | 7 |