# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

**Travelers Casualty**

    **v.**                                       CASE NUMBER:  3:01-cv-00872 (JBA)

**Gerling Global**

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

    Travelers Casualty & Surety Co.

| | |
|---|---|
| 9/16/05 | //ss// |
| Date | Signature |
| | |
| 17975 | Brian C. Roche |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| | Pullman & Comley, LLC |
| | 850 Main Street |
| (203) 330-2000 | P.O. Box 7006 |
| Telephone Number | Address |
| | |
| (203) 576-8888 | Bridgeport, CT  06601-7006 |
| Fax Number | |
| | |
| broche@pullcom.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

See attached.

                                                                                     //ss//
                                                                                 Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

<u>CERTIFICATION</u>

Robert Bates Jr., Esq.
Mark G. Sheridan, Esq.
Bates & Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

David A. Slossberg, Esq.
Hurwitz, Sagarin & Slossberg LLC
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000


Bridgeport/67606.3/BCR/572535v1

Appearance.frm.Jan.2001