**Exhibit A**

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------x
                                                                 :
TRAVELERS CASUALTY & SURETY CO.                                  :
(f/k/a The Aetna Casualty and Surety Co.),                       :
                                                                 :
                                    Plaintiff,   :   Case No.: 301 CV 872 (JBA)
                                                 :
              -against-                          :   JUDGMENT
                                                 :
GERLING GLOBAL REINSURANCE CORP. OF              :
AMERICA                                          :
(f/k/a Constitution Reinsurance Corp.)           :
                                                 :
                                    Defendant.   :
                                                 :
-----------------------------------------------------------------x
```

On August 18, 2005, the United States Court of Appeals for the Second Circuit issued a decision and order reversing the entry of summary judgment in favor of Defendant Gerling Global Reinsurance Corp. of America ("Gerling"), remanding this case to this Court for entry of summary judgment in favor of Plaintiff Travelers Casualty and Surety Company ("Travelers"), and holding that Gerling is required to indemnify Travelers for Gerling's allocated portion of an insurance settlement covered by Gerling's reinsurance certificates. The Court has concluded that Judgment should be entered for Plaintiff in accordance with that decision.

Therefore

IT IS ORDERED AND ADJUDGED that summary judgment be entered providing that:

1. Plaintiff Travelers recovers from Gerling principal in the amount of $4,390,817;

2. Prejudgment interest is awarded in the amount of $2,336,008, which represents interest at a rate of nine percent per annum on principal commencing on the following dates on which Plaintiff's claim accrued:

| Date of Billing | Certificate No. | Billing Amount | Interest (At 9% Per Year) |
|---|---|---|---|
| 09/28/98 | 64075 | $275,435.60 | $170,549.70 |
| 08/09/99 | 62925 | $645,086.27 | $349,507.74 |
| 08/09/99 | 64075 | $332,836.93 | $180,331.04 |

2

| | | | |
|---|---|---|---|
| 08/09/99 | 64076 | $322,543.14 | $174,753.87 |
| 08/10/99 | 62925 | $450,611.11 | $244,141.09 |
| 08/10/99 | 62926 | $910,837.20 | $493,491.59 |
| 08/10/99 | 64075 | -$60,423.84 | -$32,737.63 |
| 08/10/99 | 64076 | $225,305.55 | $122,070.54 |
| 08/10/99 | 64077 | $910,837.20 | $493,491.59 |
| 06/30/01 | 62925 | $2,006.98 | $745.99 |
| 06/30/01 | 62926 | $186,867.15 | $69,458.51 |
| 06/30/01 | 64075 | $1,003.49 | $372.99 |
| 06/30/01 | 64076 | $1,003.49 | $372.99 |
| 06/30/01 | 64077 | $186,867.16 | $69,458.52 |
| | | ***Total Pre-Judgment Interest*** | **$2,336,008** |

3. Interest at a rate of nine percent per annum is awarded on the total sum of $6,726,825, representing principal plus prejudgment interest, during the period from decision (August 18, 2005) to entry of judgment, in the amount of $_____; and

4. All sums awarded by this judgment will bear interest at the judgment rate of nine percent per annum from the date of entry of this judgment until the judgment is satisfied in full.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE