# Exhibit B

# Exhibit B

## Amounts Billed Under Reinsurance Certificates Issued By Gerling, as Allocated By Travelers

| Certificate Number | 62925 | 62926 | 64075 | 64076 | 64077 | Principal By Billing Date: |
|---|---|---|---|---|---|---|
| Policy Period | 10/22/75 | 10/22/75 | 10/22/76 | 10/22/76 | 10/22/76 | |
| Billing Dates 09/28/98 | | | $275,435.60 | | | $275,435.60 |
| 08/09/99 | $645,086.27 | | $332,836.93 | $322,543.14 | | $1,300,466.34 |
| 08/10/99 | $450,611.11 | $910,837.20 | -$60,423.84 | $225,305.55 | $910,837.20 | $2,437,167.22 |
| 06/30/01 | $2,006.98 | $186,867.15 | $1,003.49 | $1,003.49 | $186,867.16 | $377,748.27 |
| Total by Certificate: | $1,097,704.36 | $1,097,704.35 | $548,852.18 | $548,852.18 | $1,097,704.36 | $4,390,817.43 |

## Prejudgment Interest

| | Principal by billing date | 9% per annum interest | Years from Billing To August 18, 2005 | Total interest |
|---|---|---|---|---|
| 9/28/98 billings | $275,435.60 | $24,789.20 | 6.88 | $170,549.72 |
| 8/9/99 billings | $1,300,466.34 | $117,041.97 | 6.02 | $704,592.66 |
| 8/10/99 billings | $2,437,167.22 | $219,345.05 | 6.02 | $1,320,457.20 |
| 6/30/01 billings | $377,748.27 | $33,997.34 | 4.13 | $140,409.03 |
| | | | | $2,336,008.62 |

## Principal Plus Interest

| | |
|---|---|
| 9/28/98 billings | $445,985.30 |
| 8/9/99 billings | $2,005,059.00 |
| 8/10/99 billings | $3,757,624.36 |
| 6/30/01 billings | $518,157.28 |
| TOTAL DUE: | $6,726,825.94 |