**Exhibit C**

   One Tower Square         Joanne Helsley
TravelersPropertyCasualty    Hartford, CT 06183-6016   Technical Specialist
A Member of TravelersGroup                             Reinsurance, 11GS
                                                       (860) 277-3656
                                                       Fax Number (860) 277-4060

September 28, 1998

Mr. Wayne Smith
Claims
Guy Carpenter & Company
One Corporate Center
Hartford, CT 06103

Re:   Policyholder:          OCF
                             ASBESTOS NON-PRODUCTS BILLING

Dear Mr. Alvarado:

Pursuant to our November 18, 1996 letter, attached are proofs of loss for Asbestos Non-Products losses. These proofs reflect the September, 1998 payment allocation to the OCF excess policies.

Enclosed is a copy of the allocation of this payment to the excess policies. Also attached are copies of our ALPHA system direct amount summaries depicting total direct paid figures.

Please forward payment to the following lockbox address:

   Travelers Indemnity Group
   P.O. Box 40000
   Department 367
   Hartford, CT 06150-0367
   Attention Esther Chandler

Sincerely,

Joanne Helsley

cc:   S. Bencher, Travelers

REPORT OF LOSS TO THE REINSURERS
AS OF: 09/25/98

Insured: OWENS CORNING FIBERGLAS
Location: OHIO
Policy Number: 002 XS 000001712 SCA
Effective Date: 10/22/76
Expiration Date: 10/22/77
Policy Limits: A) $25,000,000 OCC
B) $25,000,000 AGG
Primary Limits:

Broker/Reinsurer: GUY CARPENTER & COMPANY, INC.
Treaty Name: -0-

REINSURANCE TERM
Effective Date: 10/22/76
Expiration Date: 10/22/77

_PRECAUTIONARY NOT
_INCURRED NOTICE
✓BILLING NOTICE
_CLOSING NOTICE
_REVISION

CLAIM INFORMATION
Claim Number: 000 XS 0001712 RG
Date of Loss: VARIOUS
Description of Loss: ASBESTOS NON-PRODUCTS CLAIMS

Rein Exp Method: EXPENSES ARE SUPPLEMENTAL TO RECOVERY
Broker Ref #: -0-
Rein Ref #:

D I R E C T

|  | Indemnity | Medical | SUB-TOTAL | Expense | TOTAL |
|---|---|---|---|---|---|
| Incurred | 10,302,609.00 |  | 10,302,609.00 | 2,230,979.00 | 12,533,588.00 |
| Paid | 2,811,264.50 |  | 2,811,264.50 | 608,765.30 | 3,420,029.80 |
| Outstanding | 7,491,344.50 |  | 7,491,344.50 | 1,622,213.70 | 9,113,558.20 |

R E I N S U R A N C E

| Layer |  |  |  |  | Loss | Expense | TOTAL | Prev. Billed | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 OCC |  | of xs | 1,000,000 0 | Incurred Paid |  |  |  |  |  |
| 2 OCC | 87.5000% | of xs | 4,000,000 1,000,000 | Incurred Paid | 3,500,000.00 1,584,856.43 | 757,909.00 343,192.77 | 4,257,909.00 1,928,049.20 |  | 1,928,049.20 |
| 3 OCC | 90.0000% | of xs | 10,000,000 5,000,000 | Incurred Paid | 4,772,347.00 | 1,033,428.00 | 5,805,775.00 |  |  |
| 4 OCC | 100.0000% | of xs | 10,000,000 15,000,000 | Incurred Paid |  |  |  |  |  |

T O T A L   R E I N S U R A N C E

| | | | | |
|---|---|---|---|---|
| Incurred | 8,272,347.00 | 1,791,337.00 | 10,063,684.00 | |
| Paid | 1,584,856.43 | 343,192.77 | 1,928,049.20 | 1,928,049.20 |
| Outstanding | 6,687,490.57 | 1,448,144.23 | 8,135,634.80 | |

REINSURANCE OPERATIONS - 11GS      PREPARED BY: JOANNE HELSLEY      REPORT DATE: 09/17/98

PAGE 2

REPORT OF LOSS TO THE REINSURERS
BY BROKER/REINSURER
AS OF: 09/25/98

Insured Name:                                Broker: GUY CARPENTER & COMPANY, INC.
Policy Number:                               Reinsurance Term:         to
  Policy Term:         to                    REINSURANCE LAYER
Claim Number: 000 XS   0001712 RG            Layer:    87.5000 % of              XS

| Company | % | Loss | Expense | TOTAL | Previously Billed | AMOU OU |
|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | |
| ALLSTATE INSURANCE CO. | 12.5000 | $226,408.06 | $49,027.54 | $275,435.60 | $0.00 | $275,435. |
| BELLEFONTE INSURANCE CO. | 6.2500 | $113,204.03 | $24,513.77 | $137,717.80 | $0.00 | $137,717. |
| CONSTITUTION REINSURANCE CO. | 12.5000 | $226,408.06 | $49,027.54 | $275,435.60 | $0.00 | $275,435. |
| PRUDENTIAL REINSURANCE CO. | 25.0000 | $452,816.13 | $98,055.07 | $550,871.20 | $0.00 | $550,871. |
| NAC REINSURANCE CORP | 12.5000 | $226,408.06 | $49,027.54 | $275,435.60 | $0.00 | $275,435. |
| COLUMBIA CASUALTY CO. | 12.5000 | $226,408.06 | $49,027.54 | $275,435.60 | $0.00 | $275,435. |
| NORTH AMERICAN REINSURANCE CORP. | 6.2500 | $113,204.03 | $24,513.77 | $137,717.80 | $0.00 | $137,717. |
| TOTAL | | $1,584,856.43 | $343,192.77 | $1,928,049.20 | $0.00 | $1,928,049. |
| **LAYER 3** | | | | | | |
| ALLSTATE INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| BELLEFONTE INSURANCE CO. | 12.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| CONSTITUTION REINSURANCE CO. | 5.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| EXCESS & CASUALTY REINSURANCE CO | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| LLOYD'S OF LONDON (C.T. BOWRING) | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| NEW ENGLAND REINSURANCE CORP. | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| PRUDENTIAL REINSURANCE CO. | 20.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| TRANSATLANTIC REINSURANCE COMPANY | 5.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| NORTH AMERICAN REINSURANCE CORP. | 2.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| **LAYER 4** | | | | | | |
| ALLSTATE INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| CALIFORNIA UNION INSURANCE CO. | 7.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| CONSTITUTION REINSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| EXCESS & CASUALTY REINSURANCE CO | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| LLOYD'S OF LONDON (C.T. BOWRING) | 22.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| SKANDIA INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| NAC REINSURANCE CORP | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| COLUMBIA CASUALTY CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0. |

CEDED REINSURANCE - ELI - 11GS          PREPARED BY: JBH          REPORT DATE: 09/17/

**TravelersPropertyCasualty**
A Member of TravelersGroup

One Tower Square
Hartford, CT 06183

Steven Bencher
Second Vice President
Reinsurance Division
860-277-1730
Fax: 860-277-4060

August 5, 1999

Wayne Smith
Guy Carpenter & Co.
55 Farmington Ave.
Suite 501
Hartford, Ct. 06105

Re: Owens-Corning Fiberglas

Dear Wayne:

    The enclosed billing represents the reinsurers' portion of the recent amount that Travelers Casualty (formerly Aetna Casualty) has paid to Owens Corning (formerly known as Owens Corning Fiberglas Corporation) on July 1, 1999 in respect of bodily injury asbestos claims. Explanation of this payment and subsequent reinsurance billing is set forth below. Please be advised that this billing contains confidential information relating to the Settlement Agreement and Mutual Release dated as of September 5, 1995 between Travelers Casualty and Owens Corning (the "1995 Settlement"), and the 1999 Modification of the 1995 Settlement (the "1999 Modification"). The information contained herein may only be shared, and only as necessary, with Travelers Casualty reinsurers and such reinsurers' retrocessionaires. Reinsurers are required to maintain the confidentiality of the information contained herein in the manner set forth in Section 9.9 of the 1995 Settlement. Furthermore, before disclosing such information to retrocessionaires, reinsurers should seek, and obtain where possible, assurances from retrocessionaires that each will maintain as confidential, the information contained herein.

    The 1995 Settlement required Travelers Casualty to pay to Owens Corning the amount of $100 Million (the "$100 Million Payment") on September 25, 1999, or upon the date that Owens Corning made payments for bodily injury Asbestos Claims in the amount of $100 Million on or after January 1, 1999 (see Sections 2.1 and 2.2 of the 1995 Settlement). Effective June 25, 1999, Travelers Casualty and Owens Corning entered into the 1999 Modification, which required Travelers Casualty to make the $100 Million Payment on July 1, 1999. In exchange for making the $100 Million Payment approximately three months before it would have been due under the original terms of the 1995 Settlement, and in exchange for releasing Owens Corning from its current and future obligations under the Term Loan Promissory Note (as defined in the 1995 Settlement), Owens Corning has relinquished all of its rights to obtain from Travelers

Casualty, additional asbestos payments that otherwise might have been due under the Insurance Coverage Agreement (as defined in the 1995 Settlement).

Accordingly, enclosed are the proofs of loss associated with the $91,135,574 Travelers Casualty has allocated to the payment of bodily injury asbestos claims under the 1964-1976 Owens Corning excess umbrella policies.[1]

Just prior to entering into the 1999 Modification, Owens Corning's obligation under the Term Loan Promissory Note totaled $105,163,888.89 ($100 Million in unpaid principal, plus $5,163,888.89 in unpaid accrued interest). The relinquishment of Owens Corning's obligations under the Term Loan Promissory Note has in effect, resulted in a payment to Owens Corning of an additional $105,163,888.89 in respect of bodily injury asbestos claims. This additional amount will also be allocated to the 1964-1976 OCF excess umbrella policies. Accordingly, Travelers Casualty will issue to reinsurers in the near future, bills representing this additional amount.

1   By letter dated November 18, 1996, Travelers Casualty informed reinsurers that $8,864,426 of the payments made under the 1995 Settlement would be allocated to Environmental Claims (as defined in the 1995 Settlement). The remaining $91,135,574 of the $100 Million Payment is allocated to asbestos bodily injury claims.

Very truly yours,

Steven Bencher

REPORT OF LOSS TO THE REINSURERS
AS OF:   07/14/99

Insured: OWENS CORNING FIBERGLAS
Location: OHIO
Policy Number: 002 XS 000001705 SCA
Effective Date: 10/22/75
Expiration Date: 10/22/76
Policy Limits: A) $25,000,000 OCC
               B) $25,000,000 AGG
Primary Limits:

Broker/Reinsurer: GUY CARPENTER & COMPANY, INC.
Treaty Name: -0-

REINSURANCE TERM
Effective Date: 10/22/75
Expiration Date: 10/22/76

_PRECAUTIONARY NOTICE
_INCURRED NOTICE
✓BILLING NOTICE
_CLOSING NOTICE
_REVISION

CLAIM INFORMATION
Claim Number: 000 XS 0001705 RG
Date of Loss: VARIOUS
Description of Loss: ASBESTOS NON-PRODUCTS CLAIMS

Rein Exp Method: EXPENSES ARE SUPPLEMENTAL TO RECOVERY
Broker Ref #: -0-
Rein Ref #:

DIRECT

|  | Indemnity | Medical | SUB-TOTAL | Expense | TOTAL |
|---|---|---|---|---|---|
| Incurred | 10,302,610.00 |  | 10,302,610.00 | 2,230,980.00 | 12,533,590.00 |
| Paid | 10,302,609.00 |  | 10,302,609.00 | 2,230,979.00 | 12,533,588.00 |
| Outstanding | 1.00 |  | 1.00 | 1.00 | 2.00 |

REINSURANCE

| Layer |  |  |  | Loss | Expense | TOTAL | Prev. Billed | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| 1 OCC | of 5,000,000 XS 0 | Incurred Paid |  |  |  |  |  |  |
| 2 OCC 85.0000% | of 10,000,000 XS 5,000,000 | Incurred Paid | 4,507,219.00 4,507,217.65 | 976,014.00 976,015.66 | 5,483,233.00 5,483,233.31 |  | 5,483,233.31 |
| 3 OCC 80.0000% | of 10,000,000 XS 15,000,000 | Incurred Paid |  |  |  |  |  |

TOTAL REINSURANCE

| | | | | |
|---|---|---|---|---|
| Incurred | 4,507,219.00 | 976,014.00 | 5,483,233.00 | |
| Paid | 4,507,217.65 | 976,015.66 | 5,483,233.31 | 5,483,233.31 |
| Outstanding | 1.35 | (1.66) | (0.31) | |

REINSURANCE OPERATIONS - 1268    PREPARED BY: GEORGE MAZZAFERRO    REPORT DATE: 07/13/99

REPORT OF LOSS TO THE REINSURERS
BY BROKER/REINSURER
AS OF: 07/14/99

PAGE 2

Insured Name:
Policy Number:
   Policy Term:   to
   Claim Number: 000 XS 0001705 RG

Broker: GUY CARPENTER & COMPANY, INC.
Reinsurance Term:   to
REINSURANCE LAYER
Layer:   55.0000 % of   XS

| Company | % | Loss | Expense | TOTAL | Previously Billed | AMOUNT DUE |
|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | |
| ALLSTATE INSURANCE CO. | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| BELLEFONTE INSURANCE CO. | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| CONSTITUTION REINSURANCE CO. | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| DOMINION (AGENCY MANAGERS) | 5.0000 | $265,130.45 | $57,412.69 | $322,543.14 | $0.00 | $322,543.1 |
| EXCESS & CASUALTY REINSURANCE CO | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| GERLING GLOBAL REINSURANCE COMPANY | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| NEW ENGLAND REINSURANCE CORP. | 20.0000 | $1,060,521.80 | $229,650.75 | $1,290,172.55 | $0.00 | $1,290,172.5 |
| NAC REINSURANCE CORP | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086.2 |
| **TOTAL** | | $4,507,217.65 | $976,015.66 | $5,483,233.31 | $0.00 | $5,483,233.3 |
| **LAYER 3** | | | | | | |
| ALLSTATE INSURANCE CO. | 20.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| CONSTITUTION REINSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| EXCESS & CASUALTY REINSURANCE CO | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| SKANDIA INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| NAC REINSURANCE CORP | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| CARPENTER MANAGEMENT CORP | 5.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| PHILADELPHIA REINSURANCE CORP | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| **TOTAL** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |

CEDED REINSURANCE - ELI - 11GS    PREPARED BY: _____    REPORT DATE: 07/13/9

MANUAL RESERVE REPORT

BY BROKER/REINSURER
AS OF: 07/14/99

Insured Name:  
Policy Number:  
Policy Term:           to  
Claim Number: 000 XS   0001705 RG

Broker: GUY CARPENTER & COMPANY, INC.  
Reinsurance Term:         to  
REINSURANCE LAYER

| Company | MT/ Reins | % | Indemnity | Medical | Sub-Total Loss | Expense | Total |
|---|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| BELLEFONTE INSURANCE CO. | 35100 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| CONSTITUTION REINSURANCE CO. | 35182 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| DOMINION (AGENCY MANAGERS) | 35206 | 5.0000 | $265,131.00 | $0.00 | $265,131.00 | $57,413.00 | $322,544.00 |
| EXCESS & CASUALTY REINSURANCE CO | 35238 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| GERLING GLOBAL REINSURANCE COMPANY | 35289 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| NEW ENGLAND REINSURANCE CORP. | 35499 | 20.0000 | 1,060,522.00 | $0.00 | $1,060,522.00 | $229,651.00 | $1,290,173.00 |
| NAC REINSURANCE CORP | 35676 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| **TOTAL AMOUNT RESERVED FOR LAYER:** | | | 4,507,219.00 | $0.00 | $4,507,219.00 | $976,014.00 | $5,483,233.00 |
| **LAYER 3** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 20.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CONSTITUTION REINSURANCE CO. | 35182 | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EXCESS & CASUALTY REINSURANCE CO | 35238 | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SKANDIA INSURANCE CO. | 35660 | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NAC REINSURANCE CORP | 35676 | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CARPENTER MANAGEMENT CORP | 36141 | 5.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PHILADELPHIA REINSURANCE CORP | 36588 | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CEDED REINSURANCE - ELI - 11GS          PREPARED BY: _____          REPORT DATE: 07/13/99

MANUAL RESERVE REPORT

BY BROKER/REINSURER
AS OF: 07/14/99

Insured Name:  
Policy Number:  
  Policy Term:       to  
Claim Number: 000 XS  0001705 RC

Broker: GUY CARPENTER & COMPANY, INC.  
Reinsurance Term:    to  
REINSURANCE LAYER

| Company | MT/ Reins | % | Indemnity | Medical | Sub-Total Loss | Expense | Total |
|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT RESERVED FOR LAYER: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CEDED REINSURANCE - ELI - LIGS      PREPARED BY: _____      REPORT DATE: 07/12/99

EOM INPUT REPORT
REPORT OF LOSS TO THE REINSURERS
BY BROKER/REINSURER
AS OF: 07/14/99

Insured Name:                                              Broker: GUY CARPENTER & COMPANY, INC.
Policy Number:                                             Reinsurance Term:        to
 Policy Term:         to                                   REINSURANCE LAYER
 Claim Number: 000 XS    0001705 RG

| Company | RE/ Reins | % | Indemnity | Medical | Sub-Total Loss | Expense | Total |
|---|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| BELLEFONTE INSURANCE CO. | 35100 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| CONSTITUTION REINSURANCE CO. | 35182 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| DOMINION (AGENCY MANAGERS) | 35206 | 5.0000 | TOTAL BILLED: $265,130.45 | $0.00 | $265,130.45 | $57,412.69 | $322,543.1( |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $265,130.45 | $0.00 | $265,130.45 | $57,412.69 | $322,543.1( |
| EXCESS & CASUALTY REINSURANCE CO | 35238 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| GERLING GLOBAL REINSURANCE COMPANY | 35289 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| NEW ENGLAND REINSURANCE CORP. | 35499 | 20.0000 | TOTAL BILLED: $1,060,521.80 | $0.00 | $1,060,521.80 | $229,650.75 | $1,290,172.5! |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $1,060,521.80 | $0.00 | $1,060,521.80 | $229,650.75 | $1,290,172.5! |
| NAC REINSURANCE CORP | 35676 | 10.0000 | TOTAL BILLED: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0( |
| | | | AMOUNT DUE: $530,260.90 | $0.00 | $530,260.90 | $114,825.37 | $645,086.2' |
| | | | TOTAL AMOUNT DUE FOR LAYER: $4,507,217.65 | $0.00 | $4,507,217.65 | $976,015.66 | $5,483,233.31 |

CEDED REINSURANCE - BLI - TMRA          PREPARED BY: _____          REPORT DATE: 07/13/99

```
                                    HCM INPUT REPORT
                             REPORT OF LOSS TO THE REINSURERS
                                   BY BROKER/REINSURER
                                   AS OF: 07/14/99
```

Insured Name:                                    Broker: GUY CARPENTER & COMPANY, INC.
Policy Number:                              Reinsurance Term:            to
 Policy Term:        to                     REINSURANCE LAYER
 Claim Number: 000 XS   0001705 RG

| Company | MT/ Reins | % | Indemnity | Medical | Sub-Total Loss | Expense | Total |
|---|---|---|---|---|---|---|---|
| **LAYER 3** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 20.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| CONSTITUTION REINSURANCE CO. | 35182 | 10.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| EXCESS & CASUALTY REINSURANCE CO | 35238 | 15.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| SKANDIA INSURANCE CO. | 35660 | 10.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| NAC REINSURANCE CORP | 35676 | 10.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| CARPENTER MANAGEMENT CORP | 36141 | 5.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| PHYLADELPHIA REINSURANCE CORP | 36588 | 10.0000 | TOTAL BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | PREV. BILLED: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | AMOUNT DUE: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| | | | TOTAL AMOUNT DUE FOR LAYER: $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |

CEDED REINSURANCE - BLI - TNAA       PREPARED BY: _____              REPORT DATE: 07/13/99

REPORT OF LOSS TO THE REINSURERS
AS OF: 07/14/99

Insured: OWENS CORNING FIBERGLAS
Location: OHIO
Policy Number: 002 XS 000001712 SCA
Effective Date: 10/22/76
Expiration Date: 10/22/77
Policy Limits: A) $25,000,000 OCC
B) $25,000,000 AGG
Primary Limits:

Broker/Reinsurer: GUY CARPENTER & COMPANY, INC.
Treaty Name: -0-

REINSURANCE TERM
Effective Date: 10/22/76
Expiration Date: 10/22/77

_PRECAUTIONARY NOTIC
_INCURRED NOTICE
✓BILLING NOTICE
_CLOSING NOTICE
_REVISION

CLAIM INFORMATION
Claim Number: 000 XS 0001712 RG
Date of Loss: VARIOUS
Description of Loss: ASBESTOS NON-PRODUCTS CLAIMS

Rein Exp Method: EXPENSES ARE SUPPLEMENTAL TO RECOVERY
Broker Ref #: -0-
Rein Ref #:

D I R E C T

| | Indemnity | Medical | SUB-TOTAL | Expense | TOTAL |
|---|---|---|---|---|---|
| Incurred | 10,302,610.00 | | 10,302,610.00 | 2,230,980.00 | 12,533,590.00 |
| Paid | 10,302,609.00 | | 10,302,609.00 | 2,230,979.00 | 12,533,588.00 |
| Outstanding | 1.00 | | 1.00 | 1.00 | 2.00 |

R E I N S U R A N C E

| Layer | | | | | Loss | Expense | TOTAL | Prev. Billed | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 OCC | | of | 1,000,000 | Incurred | | | | | |
| | | XS | 0 | Paid | | | | | |
| 2 OCC | 87.5000% | of | 4,000,000 | Incurred | 3,500,000.00 | 757,909.00 | 4,257,909.00 | | |
| | | XS | 1,000,000 | Paid | 3,500,000.00 | 757,907.69 | 4,257,907.69 | 1,928,049.20 | 2,329,858.49 |
| 3 OCC | 90.0000% | of | 10,000,000 | Incurred | 4,772,350.00 | 1,033,428.00 | 5,805,778.00 | | |
| | | XS | 5,000,000 | Paid | 4,772,348.11 | 1,033,428.36 | 5,805,776.47 | | 5,805,776.47 |
| 4 OCC | 100.0000% | of | 10,000,000 | Incurred | | | | | |
| | | XS | 15,000,000 | Paid | | | | | |

T O T A L R E I N S U R A N C E

| | Loss | Expense | TOTAL | Prev. Billed | AMOUNT DUE |
|---|---|---|---|---|---|
| Incurred | 8,272,350.00 | 1,791,337.00 | 10,063,687.00 | | |
| Paid | 8,272,348.11 | 1,791,336.05 | 10,063,684.16 | | 8,135,634.96 |
| Outstanding | 1.89 | 0.95 | 2.84 | | |

REINSURANCE OPERATIONS - 11GS PREPARED BY: GEORGE MAZZAFERRO REPORT DATE: 07/13/99

PAGE 2

REPORT OF LOSS TO THE REINSURERS
BY BROKER/REINSURER
AS OF: 07/14/99

Insured Name:                                    Broker: GUY CARPENTER & COMPANY, INC.
Policy Number:                                   Reinsurance Term:           to
 Policy Term:           to                       REINSURANCE LAYER
 Claim Number: 000 XS   0001712 RG               Layer:    87.5000 % of              XS

| Company | % | Loss | Expense | TOTAL | Previously Billed | AMOU DU |
|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | |
| ALLSTATE INSURANCE CO. | 12.5000 | $500,000.00 | $108,272.53 | $608,272.53 | $275,435.60 | $332,836. |
| BELLEFONTE INSURANCE CO. | 6.2500 | $250,000.00 | $54,136.26 | $304,136.26 | $137,717.80 | $166,418. |
| CONSTITUTION REINSURANCE CO. | 12.5000 | $500,000.00 | $108,272.53 | $608,272.53 | $275,435.60 | $332,836. |
| PRUDENTIAL REINSURANCE CO. | 25.0000 | $1,000,000.00 | $216,545.05 | $1,216,545.05 | $550,871.20 | $665,673. |
| NAC REINSURANCE CORP | 12.5000 | $500,000.00 | $108,272.53 | $608,272.53 | $275,435.60 | $332,836. |
| COLUMBIA CASUALTY CO. | 12.5000 | $500,000.00 | $108,272.53 | $608,272.53 | $275,435.60 | $332,836. |
| NORTH AMERICAN REINSURANCE CORP. | 6.2500 | $250,000.00 | $54,136.26 | $304,136.26 | $137,717.80 | $166,418. |
| | TOTAL | $3,500,000.00 | $757,907.69 | $4,257,907.69 | $1,928,049.20 | $2,329,858. |
| **LAYER 3** | | | | | | |
| ALLSTATE INSURANCE CO. | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086. |
| BELLEFONTE INSURANCE CO. | 12.5000 | $662,826.13 | $143,531.72 | $806,357.85 | $0.00 | $806,357. |
| CONSTITUTION REINSURANCE CO. | 5.0000 | $265,130.45 | $57,412.69 | $322,543.14 | $0.00 | $322,543. |
| EXCESS & CASUALTY REINSURANCE CO | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086. |
| LLOYD'S OF LONDON (C.T. BOWRING) | 10.0000 | $530,260.90 | $114,825.37 | $645,086.27 | $0.00 | $645,086. |
| NEW ENGLAND REINSURANCE CORP. | 15.0000 | $795,391.35 | $172,238.06 | $967,629.41 | $0.00 | $967,629. |
| PRUDENTIAL REINSURANCE CO. | 20.0000 | $1,060,521.80 | $229,650.75 | $1,290,172.55 | $0.00 | $1,290,172. |
| TRANSATLANTIC REINSURANCE COMPANY | 5.0000 | $265,130.45 | $57,412.69 | $322,543.14 | $0.00 | $322,543. |
| NORTH AMERICAN REINSURANCE CORP. | 2.5000 | $132,565.23 | $28,706.34 | $161,271.57 | $0.00 | $161,271. |
| | TOTAL | $4,772,348.11 | $1,033,428.36 | $5,805,776.47 | $0.00 | $5,805,776. |
| **LAYER 4** | | | | | | |
| ALLSTATE INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| CALIFORNIA UNION INSURANCE CO. | 7.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| CONSTITUTION REINSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| EXCESS & CASUALTY REINSURANCE CO | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| LLOYD'S OF LONDON (C.T. BOWRING) | 22.5000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| SKANDIA INSURANCE CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| NAC REINSURANCE CORP | 15.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| COLUMBIA CASUALTY CO. | 10.0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0. |
| | TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0. |

CEDED REINSURANCE - ELI - 1105        PREPARED BY:         REPORT DATE: 07/13/

MANUAL RESERVE REPORT

BY BROKER/REINSURER
AS OF: 07/14/99

Insured Name:  
Policy Number:  
Policy Term:           to  
Claim Number: 000 XS   0001712 RG

Broker: GUY CARPENTER & COMPANY, INC.  
Reinsurance Term:         to  
REINSURANCE LAYER

| Company | MT/Reins | % | Indemnity | Medical | Sub-Total Loss | Expense | Total |
|---|---|---|---|---|---|---|---|
| **LAYER 2** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 12.5000 | $500,000.00 | $0.00 | $500,000.00 | $108,273.00 | $608,273.00 |
| BELLEFONTE INSURANCE CO. | 35100 | 6.2500 | $250,000.00 | $0.00 | $250,000.00 | $54,136.00 | $304,136.00 |
| CONSTITUTION REINSURANCE CO. | 35182 | 12.5000 | $500,000.00 | $0.00 | $500,000.00 | $108,273.00 | $608,273.00 |
| PRUDENTIAL REINSURANCE CO. | 35600 | 25.0000 | 1,000,000.00 | $0.00 | $1,000,000.00 | $216,545.00 | $1,216,545.00 |
| NAC REINSURANCE CORP | 35676 | 12.5000 | $500,000.00 | $0.00 | $500,000.00 | $108,273.00 | $608,273.00 |
| COLUMBIA CASUALTY CO. | 36168 | 12.5000 | $500,000.00 | $0.00 | $500,000.00 | $108,273.00 | $608,273.00 |
| NORTH AMERICAN REINSURANCE CORP. | 36518 | 6.2500 | $250,000.00 | $0.00 | $250,000.00 | $54,136.00 | $304,136.00 |
| TOTAL AMOUNT RESERVED FOR LAYER: | | | 3,500,000.00 | $0.00 | $3,500,000.00 | $757,909.00 | $4,257,909.00 |
| **LAYER 3** | | | | | | | |
| ALLSTATE INSURANCE CO. | 35022 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| BELLEFONTE INSURANCE CO. | 35100 | 12.5000 | $662,826.00 | $0.00 | $662,826.00 | $143,532.00 | $806,358.00 |
| CONSTITUTION REINSURANCE CO. | 35182 | 5.0000 | $265,131.00 | $0.00 | $265,131.00 | $57,413.00 | $322,544.00 |
| EXCESS & CASUALTY REINSURANCE CO | 35238 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| LLOYD'S OF LONDON (C.T. BOWRING) | 35390 | 10.0000 | $530,261.00 | $0.00 | $530,261.00 | $114,825.00 | $645,086.00 |
| NEW ENGLAND REINSURANCE CORP. | 35499 | 15.0000 | $795,392.00 | $0.00 | $795,392.00 | $172,238.00 | $967,630.00 |
| PRUDENTIAL REINSURANCE CO. | 35600 | 20.0000 | 1,060,522.00 | $0.00 | $1,060,522.00 | $229,651.00 | $1,290,173.00 |
| TRANSATLANTIC REINSURANCE COMPANY | 35718 | 5.0000 | $265,131.00 | $0.00 | $265,131.00 | $57,413.00 | $322,544.00 |

CEDED REINSURANCE - ELI - 11GS        PREPARED BY: _____        REPORT DATE: 07/13/99