**MANDATE**

CONN (new haven)
01-CV-872
Hon. Arterton

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of August, two thousand and five.

Before:  Hon. John M. Walker, Jr., *Chief Judge*
Hon. Rosemary S. Pooler,
Hon. Richard C. Wesley,
*Circuit Judges*

Docket No. 03-9220-cv

---

TRAVELERS CASUALTY & SURETY COMPANY, f/k/a Aetna,

Plaintiff-Appellant,

v.

GERLING GLOBAL REINSURANCE CORP. OF AMERICA,
f/k/a Constitution Reinsurance Corporation,

Defendant-Appellee.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is REVERSED and REMANDED for entry of an order granting summary judgment in favor of appellant in accordance with the opinion of this court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
Tracy W. Young
Motions Staff Attorney

ISSUED AS MANDATE: SEP - 8 2005