# A 769

```
17    50    18    50
```

1 0 3 5  0 1 2 0   CARPENTER   N.Y.                    0 0 0 0  N 1 0 0

## CONSTITUTION REINSURANCE CORPORATION
### 110 WILLIAM STREET • NEW YORK, N.Y. 10038

CEDING COMPANY AND ADDRESS                                    62925
                                                       CERTIFICATE NUMBER

**THE AETNA CASUALTY & SURETY COMPANY**

| NAME OF INSURED | COMPANY POLICY NUMBER |
|---|---|
| OWENS-CORNING FIBERGLAS CORP., ETAL | 02XS 1705 SCA |

| CITY | STATE | |
|---|---|---|
| TOLEDO | OHIO | 43601 |

| REINSURANCE POLICY PERIOD | COMPANY POLICY PERIOD | RENEWAL CERTIFICATE NO |
|---|---|---|
| 10/22/75  10/22/76 | 10/22/75 TO 10/22/76 | |

REPLACES CERTIFICATE NO.

**ITEM 1 - TYPE OF INSURANCE**

EXCESS UMBRELLA LIABILITY

**ITEM 2 - POLICY LIMITS & APPLICATION**

$25,000,000 EACH OCCURRENCE AND IN THE AGGREGATE WHERE APPLICABLE EXCESS OF UNDERLYING INSURANCE

**ITEM 3 - COMPANY RETENTION**

$24,000,000 SUBJECT TO FACULTATIVE REINSURANCE

**REGISTERED**
FEB  1976

**ITEM 4 - REINSURANCE ACCEPTED**

**PAID**

$1,000,000 EACH OCCURRENCE AND IN THE AGGREGATE WHERE APPLICABLE PART OF $10,000,000 WHICH IS EXCESS OF $5,000,000 WHICH IN TURN IS EXCESS OF UNDERLYING INSURANCE

**ITEM 5 - BASIS OF ACCEPTANCE**

__ EXCESS OF LOSS        X CONTRIBUTING EXCESS        __ NON-CONCURRENT

**ITEM 6 - PREMIUM**

$2,500.00 NET.                                          D 000378

**ITEM 7 - CANCELLATION NOTICE**

30 DAYS

## A 770

ENDORSEMENT NO.

FOR ATTACHMENT TO CERTIFICATE NO. 62925 BETWEEN A/C: OWENS-CORNING FIBERGLAS
CORP., ETAL R/I: AETNA CASUALTY & SURETY CO. #02 XS 1705 SCA
AND CONSTITUTION REINSURANCE CORPORATION EFFECTIVE DATE OF THIS ENDORSEMENT OCTOBER 22, 1975

FROM 12:01 O'CLOCK A.M. STANDARD TIME OF THE ABOVE EFFECTIVE DATE IT IS UNDERSTOOD AND AGREED THAT
THE CERTIFICATE OF WHICH THIS ENDORSEMENT FORMS A PART IS HEREBY AMENDED IN THE FOLLOWING PARTICULARS

FOR VALUE RECEIVED IT IS UNDERSTOOD AND AGREED THAT ITEM 6 - PREMIUM IS AMENDED TO READ:

$2,500.00 NET ADJUSTABLE AT A RATE OF $.00294 PER $1,000 OF SALES.

IT IS FURTHER AGREED THAT THE CANCELLATION NOTICE IS AMENDED TO READ SIXTY (60) DAYS.

**REGISTERED**

APR   1976

**PAID**

ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED.

In Witness Whereof, THE CONSTITUTION REINSURANCE CORPORATION HAS CAUSED THIS ENDORSEMENT TO BE SIGNED BY ITS PRESIDENT AND SECRETARY AT NEW YORK, NEW YORK, BUT THE SAME SHALL NOT BE BINDING UPON THE REINSURER UNLESS COUNTERSIGNED BY ANOTHER OFFICER OF THE REINSURER.

_____                         _____
       Secretary                                        President

COUNTERSIGNED AT NEW YORK, NEW YORK THIS            DAY OF            , 19
                                          CONSTITUTION REINSURANCE CORPORATION

D 000379

A 771

ENDORSEMENT                                   NO    2

FOR ATTACHMENT TO CERTIFICATE NO **62925**    BETWEEN A/C: **OWENS-CORNING FIBERGLAS CORP.**
ETAL  R/I: **AETNA CASUALTY & SURETY CO.**       **# 02 XS 1705 SCA**
CONSTITUTION REINSURANCE CORPORATION  EFFECTIVE DATE OF THIS ENDORSEMENT  **OCTOBER 25, 1976**

FROM 12:01 O'CLOCK A.M. STANDARD TIME OF THE ABOVE EFFECTIVE DATE IT IS UNDERSTOOD AND AGREED THAT
THE CERTIFICATE OF WHICH THIS ENDORSEMENT FORMS A PART IS HEREBY AMENDED IN THE FOLLOWING PARTICULARS

**FOR AND IN CONSIDERATION OF A NET ADDITIONAL PREMIUM OF $588.53, IT IS UNDERSTOOD AND AGREED THAT THE AUDIT FOR THE PERIOD OCTOBER 25, 1975 TO OCTOBER 25, 1976 HAS BEEN COMPLETED.**



REGISTERED
JUL   1977
PAID _____

ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED.

*In Witness Whereof,* THE CONSTITUTION REINSURANCE CORPORATION HAS CAUSED THIS ENDORSEMENT TO BE SIGNED BY ITS PRESIDENT AND SECRETARY AT NEW YORK, NEW YORK, BUT THE SAME SHALL NOT BE BINDING UPON THE REINSURER UNLESS COUNTERSIGNED BY ANOTHER OFFICER OF THE REINSURER.

_____                              _____
    Secretary                                      President

COUNTERSIGNED AT NEW YORK, NEW YORK THIS   **11th**   DAY OF   **JULY**   , 1977

CONSTITUTION REINSURANCE CORPORATION

D 000380