A 772

| 17 | 50 | 18 | 50 | % | % | % |

1 0 3 5 0 1 2 0 — CARPENTER N.Y.                             0 0 0 0 N 1 0 0 0

**CONSTITUTION REINSURANCE CORPORATION**
110 WILLIAM STREET • NEW YORK, N.Y. 10038                    62926

THE AETNA CASUALTY & SURETY COMPANY

OWENS-CORNING FIBERGLAS CORP., ETAL    02 XS 1705 SCA

TOLEDO                                  OHIO                 43601

10/22/75    10/22/76    10/22/75 TO 10/22/76

REPLACES CERTIFICATE NO.

ITEM 1 - TYPE OF INSURANCE

   EXCESS UMBRELLA LIABILITY

ITEM 2 - POLICY LIMITS & APPLICATION

   $25,000,000 EACH OCCURRENCE AND IN THE AGGREGATE WHERE
   APPLICABLE EXCESS OF UNDERLYING INSURANCE

ITEM 3 - COMPANY RETENTION

   $24,000,000 SUBJECT TO FACULTATIVE REINSURANCE

**REGISTERED FEB 1976**
**PAID**

ITEM 4 - REINSURANCE ACCEPTED

   $1,000,000 EACH OCCURRENCE AND IN THE AGGREGATE WHERE
   APPLICABLE PART OF $10,000,000 WHICH IS EXCESS OF $15,000,000
   WHICH IN TURN IS EXCESS OF UNDERLYING INSURANCE

ITEM 5 - BASIS OF ACCEPTANCE
   ☐ EXCESS OF LOSS        ☒ CONTRIBUTING EXCESS        ☐ NON-CONCURRENT

ITEM 6 - PREMIUM

   $1,000.00 NET.

ITEM 7 - CANCELLATION NOTICE

   30 DAYS

HOME OFFICE COPY

D 001714

A 773

ENDORSEMENT NO. 1

FOR ATTACHMENT TO CERTIFICATE NO. 52926   BETWEEN A/C: OWENS-CORNING FIBERGLAS
CORP., ETAL   R/I: AETNA CASUALTY & SURETY CO.   #02 XS 1705 SCA
CONSTITUTION REINSURANCE CORPORATION EFFECTIVE DATE OF THIS ENDORSEMENT OCTOBER 22, 1975

FROM 12:01 O'CLOCK A.M. STANDARD TIME OF THE ABOVE EFFECTIVE DATE IT IS UNDERSTOOD AND AGREED THAT
THE CERTIFICATE OF WHICH THIS ENDORSEMENT FORMS A PART IS HEREBY AMENDED IN THE FOLLOWING PARTICULARS:

FOR VALUE RECEIVED IT IS UNDERSTOOD AND AGREED THAT ITEM 6 - PREMIUM IS AMENDED TO READ:

$1,000.00 NET ADJUSTABLE AT A RATE OF .0012 PER $1,000 OF SALES.

IT IS FURTHER AGREED THAT THE CANCELLATION NOTICE IS AMENDED TO READ SIXTY (60) DAYS.

**REGISTERED**
APR   1976
**PAID**

ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED.

*In Witness Whereof*, THE CONSTITUTION REINSURANCE CORPORATION HAS CAUSED THIS ENDORSEMENT TO BE SIGNED BY ITS PRESIDENT AND SECRETARY AT NEW YORK, NEW YORK, BUT THE SAME SHALL NOT BE BINDING UPON THE REINSURER UNLESS COUNTERSIGNED BY ANOTHER OFFICER OF THE REINSURER.

Secretary                                         President

COUNTERSIGNED AT NEW YORK, NEW YORK THIS   15TH   DAY OF   APRIL   19 76
                                                        CONSTITUTION REINSURANCE CORPORATION

D 001715

A 774

ENDORSEMENT No. 2

FOR ATTACHMENT TO CERTIFICATE NO. 62926    BETWEEN A/C: OWENS-CORNING FIBERGLAS CORP., ETAL  R/I: AETNA CASUALTY & SURETY CO.  # 02 XS 1705 SCA
CONSTITUTION REINSURANCE CORPORATION. EFFECTIVE DATE OF THIS ENDORSEMENT   OCTOBER 25, 1976

FOR AND IN CONSIDERATION OF A NET ADDITIONAL PREMIUM OF $229.10, IT IS UNDERSTOOD AND AGREED THAT THE AUDIT FOR THE PERIOD OCTOBER 25, 1975 TO OCTOBER 25, 1976 HAS BEEN COMPLETED.



REGISTERED
JUL    1977
PAID

ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED.

**In Witness Whereof,** THE CONSTITUTION REINSURANCE CORPORATION HAS CAUSED THIS ENDORSEMENT TO BE SIGNED BY ITS PRESIDENT AND SECRETARY AT NEW YORK, NEW YORK, BUT THE SAME SHALL NOT BE BINDING UPON THE REINSURER UNLESS COUNTERSIGNED BY ANOTHER OFFICER OF THE REINSURER.

_Secretary_                                    _President_

COUNTERSIGNED AT NEW YORK, NEW YORK THIS    11th    DAY OF    JULY    , 19 77
CONSTITUTION REINSURANCE CORPORATION

D 001716