## CHART A

### Amount Billed Up to Limits of Certificates

| Billing Date | Certificate No. 62925 | Certificate No. 62926 | Certificate No. 64075 | Certificate No. 64076 | Certificate No. 64077 | Total Billed (Excluding Amounts in Excess of Limits) |
|---|---|---|---|---|---|---|
| 09/28/98 | N/A | N/A | $275,435.60 | N/A | N/A | $275,435.60 |
| 08/09/99 | $645,086.27 | N/A | $224,564.40 | $332,543.14 | N/A | $1,202,193.80 |
| 08/10/99 | $354,913.80 | $910,837.20 | --- | $167,456.86 | $910,837.20 | $2,344,045.00 |
| 06/30/01 | --- | $89,162.80 | --- | --- | $89,162.80 | $178,325.60 |
| TOTAL PRINCIPAL AMOUNT OWED BY CERTIFICATE | $1,000,000.00 | $1,000,000.00 | $500,000.00 | $500,000.00 | $1,000,000.00 | $4,000,000.00 |

## CHART B

### Interest on Proper Principal Amount

| Billing Date | Total Billed (Excluding Amounts in Excess of Limits) | Interest at 9% per annum | Years from Billing to August 18, 2005 | Interest Owed to Travelers |
|---|---|---|---|---|
| 09/28/98 | $275,435.60 | $24,789.20 | 6.88 | $170,549.72 |
| 08/09/99 | $1,202,193.80 | $108,197.44 | 6.02 | $651,348.58 |
| 08/10/99 | $2,344,045.00 | $210,964.05 | 6.02 | $1,270,003.50 |
| 06/30/01 | $178,325.60 | $16,049.30 | 4.13 | $66,283.63 |

**TOTAL PRE-JUDGMENT INTEREST: $2,158,185**