UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS                               :

v.                                      :    NO. 3:01cv872 (JBA)

GERLING GLOBAL                          :

## ENDORSEMENT ORDER [DOC. #105]

Plaintiff's Motion for Extension of Time to file its reply in support of its Motion for Entry of Judgment [#105] is GRANTED, with consent, to and including 10/31/05.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 24, 2005