UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY CO. (f/k/a The Aetna Casualty and Surety Co.), | : : : | |
| Plaintiff, | : : | CIVIL CASE NO. 301 CV 872 (JBA) |
| v. | : : | |
| GERLING GLOBAL REINSURANCE CORP. OF AMERICA (f/k/a Constitution Reinsurance Corp.), | : : : : | |
| Defendant. | : | OCTOBER 31, 2005 |

**MOTION TO WITHDRAW
GERLING GLOBAL REINSURANCE CORPORATION'S
OPPOSITION TO MOTION FOR ENTRY OF JUDGMENT**

Gerling Global Reinsurance Corporation of America ("Gerling") hereby moves to withdraw its Opposition to the Motion for Entry of Judgment filed by Travelers Casualty and Surety Company ("Travelers"). In support of its Motion, Gerling states as follows:

1. On September 16, 2005, Travelers filed a Motion for Entry of Judgment.

2. On October 7, 2005, Gerling filed an Opposition to Motion for Entry of Judgment.

3. On October 18, 2005, counsel for Travelers provided counsel for Gerling a copy of a certain agreement that was executed in 1995 between Gerling and Travelers' predecessor company, Aetna Casualty & Surety Company. The individuals at Gerling who negotiated and executed this Agreement are no longer present employees of Gerling.

4. Based upon the provisions of this agreement, Gerling concluded that it would withdraw its Opposition.

5. Gerling has no objection to judgment being entered in Travelers' favor in the principal amount of $4,390,817, plus appropriate prejudgment interest. Gerling objects to point (ii) of the Conclusion to Travelers' Motion for Entry of Judgment, which sought to obtain prejudgment interest upon the prejudgment interest.

WHEREFORE, Gerling Global Reinsurance Corporation of America respectfully moves for permission to withdraw its Opposition.

Respectfully submitted,

By: *[signature]*

David A. Slossberg ct13116
Brian C. Fournier ct16272
Hurwitz, Sagarin & Slossberg LLC
147 N. Broad Street
Milford, CT 06460
(203) 877-8000

and

Robert J. Bates, Jr.
Mark G. Sheridan
BATES & CAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

*Attorneys for Gerling Global Reinsurance Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, a copy of the foregoing:

**GERLING GLOBAL REINSURANCE CORPORATION OF AMERICA'S MOTION TO WITHDRAW GERLING GLOBAL REINSURANCE CORPORATION'S OPPOSITION TO MOTION FOR ENTRY OF JUDGMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
David A. Slossberg ct13116
Brian C. Fournier ct16272
Hurwitz, Sagarin & Slossberg LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
203.877.8000
203.878.9800
dslossberg@HSS-Law.com