UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
TRAVELERS CASUALTY & SURETY CO.

                                CIVIL NO:   3:01CV872 JBA
        vs

GERLING GLOBAL REINSURANCE CORP.
```

### JUDGMENT

This matter came before the Honorable Janet Bond Arterton, United States District Judge as a result of plaintiff's motion for judgment and defendant's motion to withdraw opposition to plaintiff's motion for judgment.
After a review of the record an Order entered on January 18, 2006, granting defendant's motion to withdraw opposition and granting plaintiff's motion for judgment, and directing that judgment shall enter in favor of Travelers Casualty & Surety Co. as follows:

(I)  $4,390,817.00, plus

(ii) $2,336,008.00 representing prejudgment interest at 9% per annum from the date the cause of action arose to the date of the Second Circuit's decision on August 18, 2005, plus

(iii)$60,5414.25 representing prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006, for a total of $7,332,239.25, plus

(iv) interest at a rate of 9% per annum on the total amount of principal plus all interest accrued, from the date of entry of judgment until the judgment is satisfied in full.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiff as set forth;

(i)  $4,390,817.00, plus;

(ii) $2,336,008.00 representing prejudgment interest at 9% per annum from the date the cause of action arose to the date of the Second Circuit's decision on August 18, 2005, plus;

EOD_____

    (iii) $60,5414.25 representing prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006, for a total of $7,332,239.25, plus;

    (iv) interest at a rate of 9% per annum on the total amount of principal plus all interest accrued, from the date of entry of judgment until the judgment is satisfied in full and the case is closed.

Dated at New Haven, Connecticut, this 20th of January, 2006.

                                          KEVIN F. ROWE, CLERK

                                    _____/s/_____
                                        Betty J. Torday
                                          Deputy Clerk