UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY CO. (f/k/a The Aetna Casualty and Surety Co.), <br><br> Plaintiff, <br><br> v. <br><br> GERLING GLOBAL REINSURANCE CORP. OF AMERICA (f/k/a Constitution Reinsurance Corp.), <br><br> Defendant. | x : : : : : : : : : : : : x | CIVIL CASE NO. <br> 301 CV 872 (JBA) |

**UNOPPOSED MOTION FOR
CORRECTION OF MATHEMATICAL ERROR IN JUDGMENT**

Gerling Global Reinsurance Corporation of America ("Gerling") brings this Unopposed Motion to correct a mathematical error in the calculation of pre-judgment interest in paragraph (iii) of this Court's Order of January 18, 2006. Gerling requests that this Court amend paragraph (iii) of its January 18, 2006 Order to reflect that prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006 is $254,273. Travelers Casualty and Surety Company ("Travelers") does not oppose this Unopposed Motion.

In support of its Unopposed Motion, Gerling states as follows:

1. This Court's January 18, 2006 Order included an award for Travelers in the amount of $605,414.25, purportedly "representing prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006." *See* 1/18/06 Order, ¶ (iii), attached hereto as Exhibit A.

2. The amount of $605,414.25, however, is the amount of prejudgment interest at 9% per annum for an entire year, not for the shorter period of August 18, 2005 to January 19,

2006. The correct calculation of prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006 is $254,273. *See* calculation set forth on Ex. B.

    3.    Accordingly, Gerling requests that the Court amend paragraph (iii) of its Order to read:

> (iii) $254,273 representing prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006, for a total of $6,981,098, plus

    4.    Travelers does not oppose this Motion.

WHEREFORE, Gerling Global Reinsurance Corporation of America respectfully moves this Court to amend paragraph (iii) of its January 18, 2006 Order consist with paragraph 3 above.

Respectfully submitted,

_____
Robert J. Bates, Jr.
Mark G. Sheridan
Bates & Carey LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

_____
David A. Slossberg    ct13116
Hurwitz, Sagarin & Slossberg LLC
147 N. Broad Street
Milford, CT 06460
(203) 877-8000

*Attorneys for Gerling Global Reinsurance Corporation of America*

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on March 8, 2006, to:

Thomas F. Maxwell, Jr., Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Kevin Lewis, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

_____
David A. Slossberg