UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY CO., :
    Plaintiff, :
     :
v. : Civil No. 3:01cv872 (JBA)
     :
GERLING GLOBAL REINSURANCE CORP., :
    Defendant. :

### Endorsement Order Re: Judgment

    Defendant's Motion to Withdraw [Doc. # 107] its Opposition to Plaintiff's Motion for Judgment is GRANTED.

    Plaintiff'S Motion for Judgment [Doc. # 101] is GRANTED. Although Defendant objects to the calculation of "interest on interest" from the time of decision to entry of judgment, such interest is mandated under New York law.  N.Y. C.P.L.R. § 5002 ("Interest shall be recovered upon the total sum awarded, including interest to ... decision, ... from the date the ... decision was made to the date of entry of final judgment.") (emphasis supplied).  Therefore judgment shall enter in favor of Travelers as follows:

    (i) $4,390,817.00, plus

    (ii) $2,336,008.00 representing prejudgment interest at 9% per annum from the date the cause of action arose to the date of the Second Circuit's decision on August 18, 2005, plus

    (iii) $60,5414.25 representing prejudgment interest at 9% per annum from August 18, 2005 to January 19, 2006, for a total of $7,332,239.25, plus

    (iv) interest at a rate of 9% per annum on the total amount of principal plus all interest accrued, from the date of entry of judgment until the judgment is satisfied in full.

                           IT IS SO ORDERED.

                           /s/
                          _____
                           JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 18th day of January, 2006.**