**Exhibit B**

**Compound Interest From August 18, 2005 to January 19, 2006**

| Amount of Principal and Interest Owed as of August 18, 2005 | Pre-Judgment Interest at 9% per annum | Portion of Year from August 18, 2005 to January 19, 2006 | Interest Owed to Travelers From August 18, 2005 to January 19, 2006 |
|---|---|---|---|
| $6,726,825 | $605,414 | 0.42 | $254,273 |

188068_1.DOC