**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TRAVELERS** | : |
| **v.** | : NO. 3:01cv872 (JBA) |
| **GERLING GLOBAL** | : |

**ENDORSEMENT ORDER [DOC. 111]**

Unopposed Motion for Correction of Mathematical Error in Judgment [111] is GRANTED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: March 30, 2006**