**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

TRAVELERS CASUALTY & SURETY CO.

    v.                                              Civil No.  3:01cv872 (JBA)

GERLING GLOBAL REINSURANCE CORP.

**AMENDED JUDGMENT**

This matter came on for consideration on defendant's motion for correction of mathematical error at paragraph (iii) of the judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on March 31, 2006, the Court granting defendant's motion to correct paragraph (iii) of the judgment entered on January 20, 2006 as follows:

    <u>iii $254,273 .00 representing prejudgment interest at 9% per annum from August 18, 2005  to January 19, 2006, for a total of $6,981,098 plus</u>

It is therefore ORDERED and ADJUDGED that the judgment of January 20, 2006, is hereby amended as set forth, ( iii $254,273 .00 representing prejudgment interest at 9% per annum from August 18,  2005  to January 19, 2006, for a total of $6,981,098 plus)

Dated at New Haven, Connecticut, this 31st day of March 2006.

                                              KEVIN F.  ROWE, CLERK

                                              By_____/s/_____
                                                  Betty J. Torday

EOD_____                                         Deputy Clerk